May Term, 1821.

SHANNON
v.
SPENCER.

---

SHANNON and Wife v. SPENCER, on Appeal.

Friday,
May 11.

HELD, that the appeal bond must be in a sum sufficient to

cover the judgment below, and the damages and costs in this Court; or the appeal will be dismissed (1).

May Term, 1821.

SHANNON v. SPENCER.

(1) Stat. 1817, p. 7;—1823, p. 131. In the case of a writ of error, operating as a supersedeas, the security must be sufficient to secure the whole amount of the judgment. *Catlett* v. *Brodie*, 9 Wheat. 553. So, by the 12th rule of the Supreme Court, the penalty of the bond in writs of error, if a supersedeas be allowed, must be the same as is necessary, agreeably to the decision in the text, in the case of an appeal. Vide also to the same effect, *Moore* v. *Gorin*, 2 Litt. 186.